IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD CRAWFORD ELECTRIC, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HART MAINTENANCE AND CONSTRUCTION, LLC,<br><br>　　Defendant. | No. 4:21-CV-00451<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 19th day of August 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for default judgment is **GRANTED** as to the breach of contract claim; **BUT**

2. Plaintiff shall, within 45 days, submit the requested documentation in support of its request for damages.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　Chief United States District Judge